UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JEROME OLIVER, SR, et al., | No. 2:20-cv-1203 JAM DB PS |
| Plaintiffs, | |
| v. | ORDER |
| PLACER COUNTY SUPERIOR COURT, et al., | |
| Defendants. | |

    Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On November 23, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed November 23, 2020 (ECF No. 6) are adopted in full;

3  2. Plaintiff's June 16, 2020 application to proceed in forma pauperis (ECF No. 2) is denied;

4  3. Plaintiff's September 17, 2020 amended complaint (ECF No. 4) is dismissed without leave to amend; and

5  4. This action is dismissed.

DATED: March 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE